IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOHAMMED FERAS MAJEED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:25-CV-00968 |
| META PLATFORMS, INC., | § § | |
| Defendant. | § § § | |

## JOINT STATUS REPORT

On July 24, 2025, per the Parties' joint stipulation, the Court ordered this case stayed pending arbitration. The Parties now submit this Status Report in accordance with the Court's Order. Since the Court's stay, Plaintiff submitted his additional claims to arbitration with AAA on October 21, 2025. Defendant has not received a demand for arbitration from AAA.

Dated: October 22, 2025

*/s/ Nadia Bayado*
**CAIR LEGAL DEFENSE FUND**
Lena Masri (DC 1000019)
lmasri@cair.com

Gadeir Abbas (VA 81161)*
gabbas@cair.com

Nadia Bayado (DC 90023648)
nbayado@cair.com

453 New Jersey Ave SE
Washington, DC 20003
Email: ldf@cair.com
Telephone: 202-742-6420
Fax: 202-379-3317

*Licensed in VA; not in D.C.,
Practice limited to federal matters*

*Counsel for Plaintiff*

Dated: October 22, 2025

*/s/ Paul R. Genender*
**PAUL HASTINGS LLP**
Paul R. Genender (TX Bar No. 00790758)
Paul Hastings LLP
2001 Ross Avenue, 27th Floor
Dallas, TX 75201
paulgenender@paulhastings.com
Telephone: (972) 936-7470
Fax: (972) 936-7370

Elena R. Baca* (CA Bar No. 160564)
elenabaca@paulhastings.com
Paul Hastings LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Fax: (213) 627-0705

1

Jeffrey A. Sturgeon* (NY Bar No. 5813381)
Paul Hastings LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
200 Park Avenue
New York, NY 10166
jeffreysturgeon@paulhastings.com
Telephone: (212) 318-6000
Fax: (212) 303-7017

Elizabeth N. Neuburger* (NY Bar
   No. 6185334)
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
elizabethneuburger@paulhastings.com
Telephone: (212) 318-6000
Fax: (212) 319-4090

*Admitted *pro hac vice*

*Counsel for Defendant*