**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MOHAMMED FERAS MAJEED, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 1:25-CV-00968 |
| | § | |
| META PLATFORMS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT STATUS REPORT**

On July 24, 2025, per the parties' joint stipulation, the Court ordered this case stayed pending arbitration. The parties now submit this Joint Status Report in accordance with the Court's Order. Since the January 20, 2026 Status Report, as a result of being in the midst of negotiations, the parties jointly filed additional requests for an extension of time for Defendant to answer Plaintiff's Demand, and for both parties to rank and strike arbitrators and submit conflict checklists on February 9, 2026 and February 26, 2026. On March 10, 2026, Plaintiff, on behalf of both parties, requested a 60-day adjournment of all deadlines. The AAA approved this Joint Request on March 11, 2026, and the new deadline to submit these documents is May 11, 2026.

Dated: April 20, 2026

/s/ Nadia Bayado
**CAIR LEGAL DEFENSE FUND**
Lena Masri (DC 1000019)
lmasri@cair.com

Gadeir Abbas (VA 81161)*
gabbas@cair.com

Nadia Bayado (DC 90023648)
nbayado@cair.com

453 New Jersey Ave SE
Washington, DC 20003
Email: ldf@cair.com

Dated: April 20, 2026

/s/ Jeffrey A. Sturgeon
**PAUL HASTINGS LLP**
Paul R. Genender (TX Bar No. 00790758)
Paul Hastings LLP
2001 Ross Avenue, 27th Floor
Dallas, TX 75201
paulgenender@paulhastings.com
Telephone: (972) 936-7470
Fax: (972) 936-7370

Elena R. Baca* (CA Bar No. 160564)
elenabaca@paulhastings.com
Paul Hastings LLP
515 South Flower Street, 25th Floor

1

Telephone: 202-742-6420
Fax: 202-379-3317

*Licensed in VA; not in D.C.,
Practice limited to federal matters*

*Counsel for Plaintiff*

Los Angeles, CA  90071
Telephone: (213) 683-6000
Fax: (213) 627-0705

Jeffrey A. Sturgeon* (NY Bar No. 5813381)
Paul Hastings LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
200 Park Avenue
New York, NY 10166
jeffreysturgeon@paulhastings.com
Telephone: (212) 318-6000
Fax: (212) 303-7017

Elizabeth N. Neuburger* (NY Bar No. 6185334)
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
elizabethneuburger@paulhastings.com
Telephone: (212) 318-6000
Fax: (212) 319-4090

*Admitted *pro hac vice*

*Counsel for Defendant*